In the Matter of the Judicial Settlement of the Account of Proceedings of the CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., of HARRY L. HORTON, Deceased. EDWARD F. HUTTON, Appellant, EDWIN FITCH RAYNOR, Individually and as Executor of GRACE HORTON RAYNOR, Deceased, Appellant; CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., Petitioner, Respondent, and HARRY L. HORTON, 2ND, Respondent.— Decree unanimously affirmed, with costs to the respondent, Harry L. Horton, 2nd, payable out of the fund. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

FRANCES CARTELLI, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant a new trial.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, v. MONROE A. SIMON, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1027 SIXTH AVENUE, INC., Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

MORRIS L. IDELEVITZ, Respondent, v. HERBERT L. PRATT and Another, Appellants, Impleaded with Another, Defendant.— Judgment, so far as appealed from, and the order, unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict of the jury was against the weight of the evidence. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

MARY COUGHLIN, an Infant, by JOHN COUGHLIN, Her Guardian ad Litem, and JOHN COUGHLIN, Appellants, v. WILLIAM J. JONES, Respondent.— Determination reversed and judgment of the City Court affirmed, with costs to the appellants in this court and in the Appellate Term. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote for affirmance. [162 Misc. 843; 165 id. 204.]

CHARLES L. KINGSLEY, Appellant, v. CHARLES D. CHAMPLIN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

CARMINE DE CONDITIS, an Infant, by His Guardian ad Litem, GENMORO DE CONDITIS, and GENMORO DE CONDITIS, Respondents, v. LOFT, INC., Defendant, Impleaded with WILLIAM F. FLETCHER & SONS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.